IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Nov 24  9 25 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| OMEGA S.A. | ) |
| | ) |
| Plaintiff | ) Civil Action No. |
| | ) 3:00CV1848 JBA |
| v. | ) |
| | ) |
| OMEGA ENGINEERING, INC. | ) |
| OMEGA PRESS, INC., and | ) |
| OMEGA SCIENTIFIC, INC., | ) |
| | ) |
| Defendants | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e), Peter W. Peterson, Anthony P. DeLio, Robert Curcio and any other member of the firm of DeLio & Peterson LLC appearing in the above-entitled action respectfully move the Court for leave to withdraw as counsel of record for Omega Engineering, Inc., Omega Press, Inc. and Omega Scientific, Inc. The undersigned has notified Omega Engineering, Omega Press and Omega Scientific of this intent to withdraw, and they have approved. New Connecticut counsel has filed an appearance in this action.

Respectfully submitted,

Dated: Nov. 14, 2003

By: /s/ Peter W. Peterson
Peter W. Peterson (CT 00698)
Robert Curcio (CT 18791)
DELIO & PETERSON LLC
121 Whitney Avenue
New Haven, CT 06510
Tel. 203-787-0595
Fax 203-787-5818

omeg908mot_withdrawal.doc

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion For Leave To Withdraw As Counsel of DeLio & Peterson, LLC to be served by first class mail postage prepaid on the 19th day of November, 2003 upon the following:

Matthew J. Becker, Esq.
DAY BERRY & HOWARD, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

Ali R. Sharifahmadian, Esq.
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, DC 20004

Richard G. Greco